UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21469-ALTMAN

**VALERIO PEREZ RAMIREZ**,

*Petitioner*,

*v.*

**SECRETARY OF DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

*Respondents.*

_____/

## ORDER

Our Petitioner requests that we "[i]issue a writ of habeas corpus requiring that Respondents release [him] or provide [him] with a bond hearing[.]" Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 13. The Respondents now inform us that the "Petitioner was given a bond hearing by an immigration judge on May 18, 2026, but withdrew the request to 'obtain criminal records.'" Supplemental Briefing [ECF No. 13] at 1. "Presumably," the Respondents continue, the "Petitioner will request another bond hearing when he obtains the criminal records," which means that his "claim is moot since he can request a bond hearing before an Immigration Judge, as he already did." *Ibid.* Accordingly, we hereby **ORDER and ADJUDGE** that the Petition [ECF No. 1] is **DISMISSED as moot**. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on May 26, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov